# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY K. ANDERSON,
                Appellant,

vs.

JO GENTRY, WARDEN,
                Respondent.

No. 74102

FILED

FEB 08 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
     DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court decision resolving a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Our review of this appeal reveals a jurisdictional defect. No final order was reached by the district court on the petition. Rather, the district court vacated the dismissal of the petition and set a status check. Thus, the order is not a final appealable decision. NRS 177.015(3). Accordingly, this court concludes that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
        Pickering

_____ J.
    Gibbons

_____, J.
        Hardesty

18-05356

cc: Hon. Richard Scotti, District Judge
Anthony K. Anderson
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A